# ELECTRONIC RECORD

COA # 10-14-00139-CR

OFFENSE: Burglary of a Habitation

STYLE: Bravern Winston v. The State of Texas

COUNTY: Hill

TRIAL COURT: 66th District Court

MOTION

TRIAL COURT #: 37,811

FOR REHEARING IS:

TRIAL COURT JUDGE: Hon. F.B. (Bob) McGregor Jr.

DATE:

DISPOSITION: AFFIRMED

JUDGE: PER CURIAM

DATE: October 29, 2015

JUSTICE: Davis          PC          S     YES

PUBLISH:               DNP: YES

CLK RECORD: October 9, 2014

SUPP CLK RECORD:

RPT RECORD: November 4, 2014

SUPP RPT RECORD: January 13, 2015

STATE BR: July 20, 2015

SUPP BR:

APP BR: May 22, 2015

PRO SE BR:

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

CCA # 1512-15

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 05/04/2016

JUDGE: Per Curiam

Disposition:

DATE:

JUDGE:

SIGNED: _____ PC: _____

PUBLISH: _____ DNP: _____

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____